UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY LUCAS,

                        Petitioner,

       -against-

OFFICE OF MENTAL HEALTH,

                        Respondent.

20-CV-7325 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By order dated September 9, 2020, the Court directed Petitioner, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in fees required to file a *habeas* petition in this Court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice to refiling. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 13, 2020
           New York, New York

                                                    COLLEEN McMAHON
                                            Chief United States District Judge