UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY LUCAS,

                      Petitioner,

      -against-

OFFICE OF MENTAL HEALTH,

                      Respondent.

20-CV-7325 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued October 13, 2020, dismissing the petition,

      IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed for failure to pay the filing fee or submit an amended IFP application. Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   October 13, 2020
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge